Gust Ekonomopoulos, trading as Ekonomopoulos & Company, appellee, v. William Cloud, appellant.  Gen. No. 29,490.

Suit to recover broker's commission.  Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1924.  Reversed.  Opinion filed June 17, 1925.

Andrew R. Sherriff and Walker Butler, for appellant.  Bernard J. Hecker, for appellee; Paul G. Annes, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

William G. Tennant, appellant, v. P. W. A. Dorigan et al.  Phillip La Mantia, appellee.  Gen. No. 29,503.

Replevin for automobile.  Judgment for defendants.  Appeal from the Superior Court of Cook county; the Hon. John P. McGoorty, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed June 17, 1925.

Gray & Nuttall, for appellant.  Edward I. Rothbart and Dwight McKay, for appellee; Wharton Plummer, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Abe Lobell, appellee, v. Carl M. White, appellant.  Gen. No. 29,527.

Action for assault and battery.  Judgment for plaintiff.  Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed June 17, 1925.

Charles R. Napier, for appellant.  Frank J. Tyrell and Sinden & Hassell, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

George Hornstein, appellee, v. A. H. Ranes, appellant.  Gen. No. 29,589.

Suit on promissory note.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. William E. Viner, Judge, presiding.  Heard in the third division of this court for the first district at the October term, 1924.  Affirmed.  Opinion filed June 17, 1925.

Leo B. Lowenthal, for appellant.  Samuel Wodika, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.